OPINION — AG — ** CAMPAIGN — CONTRIBUTIONS — DECLARATION ** THE PROVISIONS OF 26 O.S. 15-108.1 [26-15-108.1] WHICH RESTRICTS THE PURPOSES FOR WHICH CANDIDATES CAN USE "CONTRIBUTIONS" RECEIVED BY THEM, APPLIES TO CONTRIBUTIONS RECEIVED BOTH BEFORE AND AFTER THE FILING OF A DECLARATION OF CANDIDACY FOR PUBLIC OFFICE. (CANDIDATES, STATUTORY RESTRICTIONS, EXPENDITURES, FILING, FUNDS, MONEY) CITE: 26 O.S. 15-101 [26-15-101], 26 O.S. 15-102 [26-15-102] 26 O.S. 15-108.1 [26-15-108.1] (NEAL LEADER) SEE: OPINION NO. 92-517 (1992)